# U.S. District Court
## Eastern District of TEXAS [LIVE] (Beaumont)
## CIVIL DOCKET FOR CASE #: 1:25−cv−00236−MAC

| | |
|---|---|
| Havalimane v. Up−Business.top et al | Date Filed: 05/19/2025 |
| Assigned to: District Judge Marcia A. Crone | Date Terminated: 06/18/2025 |
| Cause: 18:1964 Racketeering (RICO) Act | Jury Demand: Plaintiff |
| | Nature of Suit: 470 Racketeer/Corrupt Organization |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Yash Havalimane**                    represented by    **Alexander Crous**
The Crous Firm, PLLC
4204 Gardendale Street
Ste 106
San Antonio, TX 78229
484−624−9261
Email: alex@thecrousfirm.com
*ATTORNEY TO BE NOTICED*

**Marshal J. Hoda**
The Hoda Law Firm, PLLC
3120 Southwest Fwy
Ste 101 PMB 51811
Houston, TX 77098
832−848−0036
Email: marshal@thehodalawfirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Up−Business.top**

**Defendant**

**Radhika Gupta**

**Defendant**

**John Does 1 − 20**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/19/2025 | 1 | COMPLAINT against All Defendants ( Filing fee $ 405 receipt number ATXEDC−10848407.), filed by Yash Havalimane. (Attachments: # 1 Civil Cover Sheet)(Hoda, Marshal) (Entered: 05/19/2025) |

| 05/19/2025 | Ï | DEMAND for Trial by Jury by Yash Havalimane. (SCM) (Entered: 05/20/2025) |
|---|---|---|
| 05/19/2025 | Ï | Case assigned to District Judge Marcia A. Crone. (SCM) (Entered: 05/21/2025) |
| 05/20/2025 | Ï | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non−jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (SCM) (Entered: 05/20/2025) |
| 05/21/2025 | Ï 2 | EMERGENCY MOTION for Temporary Restraining Order , EMERGENCY MOTION to Expedite *Discovery* by All Plaintiffs. (Attachments: # 1 Exhibit Cole Declaration, # 2 Exhibit Hoda Declaration, # 3 Proposed Order)(Hoda, Marshal) (Entered: 05/21/2025) |
| 05/21/2025 | Ï | NOTICE of Hearing: Temporary Restraining Order Hearing set for 5/23/2025 at 01:00 PM in Ctrm 3 (Beaumont) before District Judge Marcia A. Crone. (JC) (Entered: 05/21/2025) |
| 05/21/2025 | Ï 3 | NOTICE of Attorney Appearance by Marshal J. Hoda on behalf of All Plaintiffs (Hoda, Marshal) (Entered: 05/21/2025) |
| 05/22/2025 | Ï 4 | NOTICE of Attorney Appearance by Alexander Crous on behalf of All Plaintiffs (Crous, Alexander) (Entered: 05/22/2025) |
| 05/22/2025 | Ï 5 | SUMMONSES issued as to Radhika Gupta, Up−Business.top and emailed to pltf's attorney for service (tkd) (Entered: 05/22/2025) |
| 05/23/2025 | Ï | CANCELATION NOTICCE: TRO hearing for today is canceled. (Deadlines and Hearings terminated.) (JC) (Entered: 05/23/2025) |
| 05/28/2025 | Ï 6 | MEMORANDUM and ORDER Regarding Venue. Signed by District Judge Marcia A. Crone on 5/28/25. (tkd) (Entered: 05/29/2025) |
| 05/28/2025 | Ï 7 | ORDER transferring this action to the Southern District of TX, Houston Division. Signed by District Judge Marcia A. Crone on 5/28/25. (tkd) (Entered: 05/29/2025) |
| 05/28/2025 | Ï | Pursuant to Local Rule CV−83(b), this case will be transferred to the Southern District of TX no sooner than twenty−one (21) days after the date of the transfer order. (tkd) (Entered: 05/29/2025) |
| 06/18/2025 | Ï | Interdistrict transfer to the Southern District of Texas, Houston Division. (tkd) (Entered: 06/18/2025) |