UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Yash Havalimane,<br><br>*Plaintiff*,<br><br>v.<br><br>Up-Business.top, *et al.*,<br><br>*Defendants*. | Case No. 4:25-cv-02888<br><br>**Plaintiff's Notice of Voluntary Dismissal** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Yash Havalimane hereby provides notice of voluntary dismissal of the above-captioned action without prejudice. No defendant has served an answer or motion for summary judgment in this matter.

//

| | |
|---|---|
| Dated: October 6, 2025 | Respectfully submitted, |

THE HODA LAW FIRM, PLLC

*/s/ Marshal J. Hoda*

———————————————
Marshal J. Hoda, Esq.
Tx. Bar No. 2411009
3120 Southwest Fwy. Ste. 101
PMB 51811
Houston, TX 77098
o. (832) 848-0036
marshal@thehodalawfirm.com

*Attorney for Plaintiff*