United States District Court
Southern District of Texas
**ENTERED**
October 07, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **YASH HAVALIMANE,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | **CIVIL ACTION NO. 4:25-CV-02888** |
| § | |
| **UP-BUSINESS.TOP,** *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Plaintiff Yash Havalimane has filed a Notice of Voluntary Dismissal. ECF No. 12. In accordance with that Notice and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff's claims against Defendants Up-Business.top *et al.* are hereby **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk is directed to administratively **CLOSE** this case.

   **IT IS SO ORDERED.**

Signed at Houston, Texas on October 6, 2025.

_____
Keith P. Ellison
United States District Judge

1/1